1  **GUST ROSENFELD P.L.C.**
   One East Washington Street, Suite 1600
2  Phoenix, AZ 85004-2553
   Telephone No. 602-257-7496
3  Facsimile No. 602-254-4878
   Richard A. Segal-000877
4  rasegal@gustlaw.com
   Christopher M. McNichol - 011023
5  mcnichol@gustlaw.com

6  **Attorneys for**  Attorneys for Defendants First Horizon Home Loans, a division of First Tennessee Bank
7  National Association; MetLife Home Loans, a division of MetLife Bank N.A.; The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First
8  Horizon Mortgage Pass-Through Certificates Series FH05-FA8; and Mortgage Electronic Registration Systems, Inc.

9  ## IN THE UNITED STATE DISTRICT COURT

10 ## FOR THE DISTRICT OF ARIZONA

11
   Barbara J. Forde, a married woman dealing   )
12 with her sole and separate property,         )
                                                )   No.
13                  Plaintiff,                  )
                                                )   NOTICE OF REMOVAL
14 v.                                           )
                                                )
15 First Horizon Home Loan Corporation, a       )
   Kansas Corporation; Metlife Home Loans,      )
16 a division of Metlife Bank, NA; The Bank     )
   of New York Mellon f/k/a The Bank of         )
17 New York, as Trustee for the Holders of      )
   the Certificates, First Horizon Mortgage     )
18 Pass-Through Certificates Series FH05-       )
   FA8; First Horizon Home Loans, a             )
19 division of First Tennessee Bank National    )
   Association; Mortgage Electronic             )
20 Registration Systems, Inc., a Delaware       )
   Corporation; Quality Loan Service            )
21 Corporation, a California Corporation;       )
   John and Jane Does 1-15, XYZ                 )
22 Corporations 1-15; ABC Limited Liability     )
   Companies 1-15; and 123 Banking              )
23 Associations 1-15,                           )
                                                )
24                  Defendants.                 )
                                                )
25 _____)

26

1335176.1  09/07/2010                    1

1  Defendants First Horizon Home Loans, a division of First Tennessee
2  Bank National Association; MetLife Home Loans, a division of MetLife Bank N.A.;
3  The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders
4  of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH05-FA8;
5  and Mortgage Electronic Registration Systems, Inc., by and through their undersigned
6  attorneys, and pursuant to 28 U.S.C. § 1446, removes this case from the Superior Court
7  of the State of Arizona, in and for the County of Maricopa (Maricopa Case No.
8  CV2010-053734), in which it is currently pending, to the United States District Court
9  for the District of Arizona.
10    1.  This action is removable pursuant to 28 U.S.C. § 1332 and § 1441,
11  governing removal for diversity of citizenship-based cases.  The plaintiff resides in
12  Arizona.  None of the Defendants are incorporated in or have their principal place of
13  business in Arizona.  Defendant First Horizon Home Loans is a division based in Texas
14  of First Tennessee Bank National Association whose principal place of business is
15  Tennessee; Defendant MetLife Home Loans is a division of MetLife Bank N.A. whose
16  principal place of business is in New Jersey; The Bank of New York Mellon f/k/a The
17  Bank of New York, as Trustee for the Holders of the Certificates, First Horizon
18  Mortgage Pass-Through Certificates Series FH05-FA8's principal place of business is in
19  New York; and Mortgage Electronic Registration Systems, Inc., is a Delaware legal
20  entity which has its principal place of business in Washington D.C. (collectively, the
21  "Defendants").
22    2.  Defendant Quality Loan Service Corporation is a California legal entity
23  which has its principal place of business in California.  Defendant Quality Loan Service
24  Corporation is separately represented and has consented to this removal.
25
26  . . .

1     3.    Diversity of citizenship is found pursuant to 28 U.S.C. § 1332(a)(1).

2     4.    On or about August 3, 2010, plaintiff commenced this action in the Superior Court of the State of Arizona in and for the County of Maricopa, case number CV2010-053734.

5     5.    Some of the Defendants received a copy of the complaint as early as August 6, 2010, by purported service.

7     6.    This Notice of Removal is being filed within thirty (30) days (absent final weekend and holiday) of the first purported service of the complaint, and is, therefore, timely and proper pursuant to the provisions of 28 U.S.C. § 1446(b).

10     7.    Attached are copies of all process and pleadings related to this action that have been received by the Defendants.

12     8.    The plaintiff alleges in the complaint that she is entitled to unspecified damages, but seeks relief as to a $650,000 loan secured by real property, which relief thus may exceed $75,000.

15     9.    Written notification of the filing of this notice of removal, together with a copy of this Notice of Removal, will be provided to the plaintiff and the other Defendant and will be filed with the Superior Court of the State of Arizona in and for the County of Maricopa, pursuant to 28 U.S.C. § 1446(d).

19     10.    No prohibition exists that would prevent removal of this action.

26 . . .

WHEREFORE, Defendants request that this action proceed in this court as an action properly removed to it.

Dated: September 7, 2010.

                                    GUST ROSENFELD P.L.C.

By   s/Christopher M. McNichol 011023
     Richard A. Segal
     Christopher M. McNichol
     Attorneys for Defendants First Horizon Home Loans, a division of First Tennessee Bank National Association; MetLife Home Loans, a division of MetLife Bank N.A.; The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH05-FA8; and Mortgage Electronic Registration Systems, Inc.

Original efiled and copy provided on September 7, 2010, to:

Barbara J. Forde
20247 N. 86th Street
Scottsdale, AZ  85255
*Plaintiff*

Paul M. Levine, Esq.
McCarthy, Holthus & Levine
8502 E. Via de Ventura, Suite 200
Scottsdale, Arizona 85258
*Defendant Quality Loan Service Corporation*

 s/ C.L. Scherff