# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

1.      **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Barbara J. Forde | Plaintiff | Pro Per<br>20247 N. 86th Street<br>Scottsdale, AZ  85255<br>Tel: (602) 721-3177<br>bforde@cox.net |
| Attorneys for Defendants First Horizon Home Loans, a division of First Tennessee Bank National Association; MetLife Home Loans, a division of MetLife Bank N.A.; The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH05-FA8; and Mortgage Electronic Registration Systems, Inc. | Defendants | Richard A. Segal - 000877<br>Christopher M. McNichol – 011023<br>Gust Rosenfeld, PLC<br>One East Washington, Suite 1600<br>Phoenix, AZ  85004-2553<br>Tel:  (602) 257-7422<br>rasegal@gustlaw.com<br>mcnichol@gustlaw.com |
| Quality Loan Service Corporation | Defendant | Paul M. Levine, Esq.<br>McCarthy, Holthus & Levine<br>8502 E Via de Ventura, Suite 200<br>Scottsdale, Arizona 85258<br>Tel:  (602) 230-8726<br>PLevine@mhlevine.com |

CMM:cls  1335420  9/7/2010

2.      **Jury Demand:**

Was a Jury Demand made in another jurisdiction?      <u>X</u>  Yes

3.      **Answer:**

Was an Answer made in another jurisdiction?          <u>X</u> No

4.      **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| MetLife Home Loans, a division of MetLife Bank, NA | 08/06/10 | Personal in Texas |
| First Horizon Home Loans, a division of First Tennessee Bank National Association | 08/06/10 | Personal in Texas |
| Quality Loan Service Corporation | Unknown | Unknown |

5.      **Unserved Parties:**

The following parties have not been served at the time this case was removed:

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates; and Mortgage Electronic Registration Systems, Inc.

6.      **Nonsuited, Dismissed or Terminated parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:  N/A.

7.      **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff | Breach of Contract; Quiet Title, Negligence and Fraud |

Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings and orders served in another jurisdiction (State Court) shall be filed with this removal.

CMM:cls  1335420  9/7/2010