# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**September 8, 2010**

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

**TO:** Counsel of Record/Parties

**RE: Case Title:** Forde v. First Horizon Home Loan Corporation, et al

**District Court Case Number:** CV 10-1922-PHX-MEA

**Superior Court Case Number:** CV2010-053734

The above case has been removed to the United States District Court for the District of Arizona from the Maricopa County Superior Court.

**Please take notice that this action has been assigned to a Magistrate Judge. Pursuant to Local Rule 3.8(a), the attached consent form must be completed and filed with the court no later than 14 days after entry of appearance by each party.**

All subsequent documents in this case are to be filed in compliance with the Federal Rules of Civil Procedure and District of Arizona Local Rules. Any pending matters from the Superior Court are to be refiled in accordance with the rules of this court.

You may contact the docket section at (602)322-7216 with any questions you may have regarding this removal action.

Sincerely,

**RICHARD H. WEARE, DCE/CLERK**

**By:** s/R. Kobza
   **Deputy Clerk**