| | |
|---|---|
| 1 | **GUST ROSENFELD P.L.C.** |
| | One East Washington Street, Suite 1600 |
| 2 | Phoenix, AZ 85004-2553 |
| | Telephone No. 602-257-7422 |
| 3 | Facsimile No. 602-254-4878 |
| | Richard A. Segal – 000877 |
| 4 | rasegal@gustlaw.com |
| | Christopher M. McNichol - 011023 |
| 5 | mcnichol@gustlaw.com |

**Attorneys for** Attorneys for Defendants First Horizon Home Loans, a division of First Tennessee Bank National Association; MetLife Home Loans, a division of MetLife Bank N.A.; The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH05-FA8; and Mortgage Electronic Registration Systems, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Barbara J. Forde, a married woman dealing with her sole and separate property,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>First Horizon Home Loan Corporation, a Kansas Corporation; Metlife Home Loans, a division of Metlife Bank, NA; The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH05-FA8; First Horizon Home Loans, a division of First Tennessee Bank National Association; Mortgage Electronic Registration Systems, Inc., a Delaware Corporation; Quality Loan Service Corporation, a California Corporation; John and Jane Does 1-15, XYZ Corporations 1-15; ABC Limited Liability Companies 1-15; and 123 Banking Associations 1-15,1-15,<br><br>　　　　　　Defendants. | No. 2:10-cv-01922-MEA<br><br>MOTION TO STRIKE SUPERIOR COURT COMPLAINT UNDER RULES 8(a)(2) and (d)(1)<br><br>(Removed from Maricopa County Superior Court, Case No. CV2010-053734) |

1334714.1  09/07/2010                                      -1-

Defendants (i) First Horizon Home Loans, a division of First Tennessee Bank National Association[1], (ii) MetLife Home Loans, a division of MetLife Bank N.A., (iii) The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH05-FA8, and (iv) Mortgage Electronic Registration Systems, Inc. (the "MetLife Defendants") hereby move to strike the Complaint filed by Plaintiff Barbara J. Forde[2] because the Complaint does not contain a short and plain statement of the case, nor contain allegations which are simple, concise and direct, as required by Rules 8(a)(2) and (d)(1) of the Federal Rules of Civil Procedure.

A.   OVERVIEW

This matter relates to a $650,000 residential home loan (the "Loan") to Plaintiff made by First Horizon Home Loan Corporation on a property located at 20247 North 86th Street, Scottsdale, Arizona 85255 (the "Property").  Plaintiff filed this action in Maricopa County Superior Court through a pleading called "Complaint for Injunctive Relief Against all Defendants; Vacate Substitution of Trustee, Assignment of Deed of Trust and Notice of Trustee's Sale; Quiet Title to Plaintiff; Breach of Duty of Good Faith and Fair Dealing; Negligent Performance of Undertaking; Fraudulent Misrepresentation/ Fraudulent Concealment; Fraud; Consumer Fraud Under Rule 8 of the Arizona Rules of Civil Procedure."

The Complaint is of the "kitchen sink" variety.  It contains eight (8) counts, seeking:  to vacate the substitution of trustee, the assignment of the subject deed of trust, and the notice of trustee's sale of the Property; to quiet title to the Property in

---

[1] Plaintiff named "First Horizon Home Loan Corporation" as a Defendant.  However, that entity no longer exists.  It was formerly a wholly-owned subsidiary of First Tennessee Bank National Association, but was merged into the parent entity in May of 2007.

[2] Plaintiff is acting pro se in this matter, although she is a practicing Arizona attorney.  Plaintiff apparently now advises others on how to resist foreclosure on defaulted loans.  (See http://foreclosureblues.wordpress.com/2010/08/18/anatomy-of-a-lawsuit/ and http://legalforeclosurehelpnow.com/.)

1334714.1  09/07/2010                               -2-

1 Plaintiff; for breach of good faith and fair dealing; for negligent performance of
2 undertaking ("good Samaritan doctrine"); for fraudulent misrepresentation/fraudulent
3 concealment; for fraud; for consumer fraud; and for temporary restraining order,
4 preliminary injunction and permanent injunction of the trustee's sale.  Beside naming all
5 of the four MetLife Defendants, it also names Quality Loan Service Corporation
6 ("Quality"),[3] which is the trustee handling the foreclosure of the Property.

7 Apparently without notice to any Defendants or their counsel, Plaintiff
8 obtained a Temporary Restraining Order dated August 23, 2010 (from a different
9 Maricopa County Superior Court Judge covering the calendar at the time), which caused
10 the trustee's sale of the Property to be postponed.  The trustee's sale is now set for
11 September 27, 2010.[4]

12 Most recently, MetLife Defendants removed this case to this Court by
13 Notice of Removal filed on September 7, 2010.

14     B.    <u>RULE 8</u>

15 Rule 8(a)(2) requires that pleadings contain "a short and plain statement of
16 the claim.  Rule 8(d)(1) requires that "each allegation must be simple, concise and
17 direct."

18 Plaintiff, through her Complaint, has turned a residential loan transaction
19 into a novel.  The Complaint is 47 pages long, not counting the numerous exhibits, and
20 contains 218 separately numbered main paragraphs, along with numerous
21 subparagraphs and other lettered paragraphs.  The asserted factual portion of the
22 Complaint – which goes on for 23 pages with almost 100 separate mostly multi-
23 sentence paragraphs and roughly 600 individual lines of text – reads more like stream of
24 consciousness than a concise pleading.  It includes "a mass of details which might be

---

[3] Quality filed a separate motion to dismiss in the Maricopa County Superior Court on August 25, 2010.
[4] The return hearing had been rescheduled in Superior Court for September 16, 2010.

1334714.1  09/07/2010                                              -3-

1 relevant and appropriate at trial, but which are clearly surplusage in stating a claim."
2 *Hartz v. Friedman*, 919 F.2d 469, 471 (7th Cir. 1990).  It is well-nigh impossible to
3 fashion simple and concise factual responses to such day-by-day and occasionally even
4 minute-by-minute dialogue.  The Complaint compels writing a novella in return as an
5 Answer.

6       Complaints such as this which violate the letter and the spirit of the notice
7 rules of pleading may appropriately be stricken in the Court's discretion.  *See McHenry*
8 *v. Renne*, 84 F.3d 1172 (9th Cir. 1996) (even claims subject to heightened pleading
9 standards must comply with requirements of simplicity, directness and clarity); *Anserv*
10 *Insurance Services Inc. v. Albrecht*, 960 P.2d 1159, 192 Ariz. 48 (Sup. Ct.) (1998)
11 (holding that trial court should have granted motion to strike a lengthy, rambling
12 Complaint under Arizona's similar version of Rule 8).

13       C.    <u>CONCLUSION</u>

14       For the foregoing reasons, the MetLife Defendants respectfully request
15 that, pursuant to Rules 8(a)(2) and (d)(1) of the Federal Rules of Civil Procedure,
16 Plaintiff's Complaint be stricken.

17       Dated this 22nd day of September, 2010.

18       GUST ROSENFELD P.L.C.

19

20       By <u>*/s/ Christopher M. McNichol*</u>
      Attorneys for Defendants First Horizon
21       Home Loans, a division of First
      Tennessee Bank National Association;
22       MetLife Home Loans, a division of
      MetLife Bank N.A.; The Bank of New
23       York Mellon f/k/a The Bank of New
      York, as Trustee for the Holders of the
24       Certificates, First Horizon Mortgage
      Pass-Through Certificates Series FH05-
25       FA8; and Mortgage Electronic
      Registration Systems, Inc.
26

1 | Original efiled and copy of the foregoing mailed this 22nd day
2 | of September, 2010, to:

3 | Barbara J. Forde
   | 20247 N. 86th Street
4 | Scottsdale, AZ  85255
   | *Plaintiff*

5 |

6 | Paul M. Levine, Esq.
   | McCarthy, Holthus & Levine
7 | 8502 E. Via de Ventura, Suite 200
   | Scottsdale, Arizona 85258
8 | *Defendant Quality Loan Service Corporation*

9 | /s/ Shirley J. Rivera
10 |

1334714.1  09/07/2010                -5-