**GUST ROSENFELD P.L.C.**
One E. Washington, Suite 1600
Phoenix, AZ  85004-2553
(602) 257-7422
Christopher M. McNichol - 011023
mcnichol@gustlaw.com

**Attorneys for** Attorneys for Defendants First Horizon Home Loans, a division of First Tennessee Bank National Association; MetLife Home Loans, a division of MetLife Bank N.A.; The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH05-FA8; and Mortgage Electronic Registration Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara J. Forde, a married woman dealing with her sole and separate property,<br><br>             Plaintiff,<br><br>       v.<br><br>First Horizon Home Loan Corporation, a Kansas Corporation; Metlife Home Loans, a division of Metlife Bank, NA; The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH05-FA8; First Horizon Home Loans, a division of First Tennessee Bank National Association; Mortgage Electronic Registration Systems, Inc., a Delaware Corporation; Quality Loan Service Corporation, a California Corporation; John and Jane Does 1-15, XYZ Corporations 1-15; ABC Limited Liability Companies 1-15; and 123 Banking Associations 1-15,<br><br>             Defendants. | No. 2:10-cv-01922-MEA<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendants First Horizon Home Loans, a division of First Tennessee Bank National Association; MetLife Home Loans, a division of MetLife Bank N.A.; The Bank of New York Mellon

1341247.1  09/21/2010                                  -1-

1  f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First
2  Horizon Mortgage Pass-Through Certificates Series FH05-FA8; and Mortgage
3  Electronic Registration Systems, Inc. in compliance with the provisions of: (check one)

    X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ___    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ___    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

    No such corporation, except as follows: (i) MetLife Bank, N.A. is a 100% wholly owned subsidiary of MetLife, Inc., (ii) The Bank of New York Mellon, as successor to The Bank of New York, is a New York State banking institution, and The Bank of New York Mellon Corporation, a Delaware corporation, owns 100% of The Bank of New York Mellon; and (iii) First Horizon Home Loan Corporation is a wholly-owned division of First Tennessee Bank National Association.

    A supplemental disclosure statement will be filed upon any change in the information provided herein.

    Date: September 22, 2010.

    GUST ROSENFELD P.L.C.

    By */s/ Christopher M. McNichol*
       Attorneys for Defendants First Horizon Home Loans, a division of First Tennessee Bank National Association; MetLife Home Loans, a division of MetLife Bank N.A.; The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH05-FA8; and Mortgage Electronic Registration Systems, Inc.

1  Original efiled and copy
   provided on September 22, 2010, to:
2
   Barbara J. Forde
3  20247 N. 86th Street
   Scottsdale, AZ  85255
4  *Plaintiff*

5  Paul M. Levine, Esq.
   McCarthy, Holthus & Levine
6  8502 E. Via de Ventura, Suite 200
7  Scottsdale, Arizona 85258
   *Defendant Quality Loan Service Corporation*
8
    s/ Shirley Rivera
9