**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

```
BARBARA J. FORDE,                )
                                 )
          Plaintiff,             )    CIV 10-01922 PHX MEA
                                 )
     v.                          )    ORDER
                                 )
FIRST HORIZON HOME LOAN          )
CORPORATION, METLIFE HOME        )
LOANS, BANK OF NEW YORK MELLON,  )
MORTGAGE ELECTRONIC              )
REGISTRATION SYSTEMS, INC.,      )
QUALITY LOAN SERVICE             )
CORPORATION,                     )
                                 )
          Defendants.            )
_____)
```

       Pursuant to Rule 3.8(a), United States District Court for the District of Arizona Local Rules of Civil Procedure, all civil cases are, and will be, randomly assigned to a United States district judge or to a United States magistrate judge. This matter has been assigned to the undersigned United States magistrate judge.

       As a result of this rule, if all parties consent in writing, the case will, pursuant to 28 U.S.C. § 636(c)(1), remain with the assigned magistrate judge for all purposes, including a trial, if necessary, and the final entry of

judgment.  If any party chooses the district judge option, the case will automatically and immediately be randomly reassigned to a district judge.  To either consent to the jurisdiction of the assigned magistrate judge or to elect to have the case heard before a district judge, the appropriate section of the relevant form (entitled Consent to Exercise of Jurisdiction By United States Magistrate Judge)[1] must be completed, signed and non-electronically filed.  Each party must file a completed consent form with the Clerk of the Court no later than 14 days after they have entered an appearance in the matter, and each party must serve a copy of the completed consent form upon all parties of record in the case.  Any party is free to withhold consent to magistrate judge jurisdiction without adverse consequences.  See 28 U.S.C. § 636(c)(2) (1993 & Supp. 2009); Fed. R. Civ. P. 73(b) (2009); Anderson v. Woodcreek Venture Ltd., 351 F.3d 911, 914 (9th Cir. 2003).

Accordingly,

**IT IS ORDERED that Plaintiff Barbara Forde**, having appeared in this matter by filing a motion to remand this matter to state court, shall execute and file within 14 days of the entry of this order her written election to either consent to the exercise of jurisdiction over this matter by a magistrate judge or a written election to have this case reassigned to a

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's Internet web site at www.azd.uscourts.gov.  To find the consent/election form on the District's web site, click on "Operations" on the left side of the page and then click on "Forms" and then click on and print the appropriate form.

-2-

1  United States district judge.

2            DATED this 27th day of September, 2010.

                                        /s/ Mark E. Aspey  
                                        Mark E. Aspey  
                                        United States Magistrate Judge