Paul M. Levine, Esq. (007202)
Matthew Silverman, Esq. (018919)
Jessica R. Kenney, Esq. (026615)
**MCCARTHY ◆ HOLTHUS ◆ LEVINE**
8502 E. Via de Ventura
Scottsdale, AZ 85258
Telephone:  (480) 320-4100
plevine@mhlevine.com
*Attorneys for Defendant Quality Loan Service Corporation*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| BARBARA J. FORDE, a married woman dealing with her sole and separate property,<br><br>Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOAN CORPORATION, a Kansas Corporation; METLIFE HOME LOANS, a division of METLIFE BANK, NA; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for the HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIS FH05-FA8; FIRST HORIZON HOME LOANS, a division of FIRST TENNESSEE BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; JOHN AND JANE DOES 1-15, XYZ CORPORATIONS 1-15, ABC LIMITED LIABILITY COMPANIES 1-15, and 123 BANKING ASSOCIATIONS 1-15,<br><br>Defendants. | Case No. CV2010-053734<br><br>**DEFENDANT QUALITY LOAN SERVICE CORPORATION'S MOTION TO DISMISS**<br><br>(Assigned to the Honorable Robert Budoff) |

AZ10-7174

Defendant, Quality Loan Service Corporation ("Quality"), by and through its counsel undersigned, pursuant to Rule 12(b), Arizona Rules of Civil Procedure, moves to dismiss Plaintiff's Complaint against Quality. As will be discussed below, Plaintiff has failed to set forth a valid claim against Quality, the trustee pursuant to the Deed of Trust. Therefore, pursuant to A.R.S. § 33-807(E), Quality is entitled to be dismissed with prejudice from this action and is entitled to recover its attorneys' fees.

This Motion is supported by the attached Memorandum of Points and Authorities and the entire record in this case.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff's Complaint alleges the following claims: **Count I**: Vacate Substitutions of Trustee, Assignment of Deed of Trust, and Vacate Notice of Trustee's Sale; **Count II**: Quiet Title; **Count III**; Breach of the Duty of Good Faith and Fair Dealing; **Count IV**: Negligent Performance of Undertaking (Good Samaritan Doctrine); **Count V**: Fraudulent Misrepresentation/Fraudulent Concealment; **Count VI**: Fraud; **Count VII**; Consumer Fraud; **Count VIII**: Temporary Restraining Order; Preliminary Injuction; Permanent Injuction. Quality's only connection to this case is that it is the successor trustee pursuant to the Substitution of Trustee recorded on April 11, 2009 as Instrument Number 2009-0320518, and the Substitution of Trustee recorded on May 27, 2010 as Instrument Number 2010-0450247 regarding the Deed of Trust dated August 1, 2005 and recorded on August 8, 2005 as Instrument Number 2005-1125547 in the Maricopa County, Arizona Recorder's office.

Pursuant to A.R.S. § 33-807(E), the trustee of the Deed of Trust need only be joined as a party in legal actions pertaining to a breach of the trustee's obligations pursuant to A.R.S. §§ 33-801 et seq. "If the trustee is joined as a party in any other action, the trustee is entitled to be

AZ10-7174

immediately dismissed and to recover costs and reasonable attorneys' fees from the person joining the trustee." In this case, Quality is named solely in its capacity as the trustee of the Deed of Trust. There are no allegations that Quality breached any of its obligations pursuant to A.R.S. §§ 33-801 et seq. or the Deed of Trust.

The Court is also advised that on August 23, 2010, Quality's counsel sent a letter to Plaintiff's counsel requesting that Plaintiff dismiss Quality from this action, pursuant to A.R.S. § 33-807(E). Counsel was advised that if the dismissal was not filed, Quality would file a Motion to Dismiss and seek attorneys' fees. A copy of the letter is attached hereto. For the foregoing reasons, the Court should dismiss Plaintiff's Complaint against Quality with prejudice and award Quality its attorneys' fees and costs pursuant to A.R.S. § 33-807(E).

Respectfully submitted this 25th day of August, 2010.

**McCARTHY ♦ HOLTHUS ♦ LEVINE**

By: /s/ Paul M. Levine
    Paul M. Levine
    Matthew A. Silverman
    Jessica R. Kenney
    8502 E. Via de Ventura, Suite 200
    Scottsdale, AZ 85258
    Attorneys for Defendant Quality

ORIGINAL of the foregoing electronically
filed with the Clerk of the Court this 25th
day of September, 2010.

COPY of the foregoing hand-delivered
this 25th day of September, 2010 to Judge
Robert Budoff.

COPY of the foregoing mailed this
25th day of September, 2010 to:

3

AZ10-7174

1. Barbara J. Forde
2. 20247 N. 86th Street
Scottsdale, AZ 85255
Plaintiff Pro Se
3.
4. Christopher M. McNichol
Gust Rosenfeld P.L.C.
One East Washington Street
5. Suite 1600
Phoenix, AZ 85004-2553
6. Attorney for MetLife

7. By/s/Christina Barnes

8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.

4

AZ10-7174

# EXHIBIT "A"

## McCarthy ♦ Holthus ♦ Levine
8502 E. Via de Ventura
Suite 200
Scottsdale, AZ 85258
Telephone (480) 302-4100
Facsimile (480) 302-4101
www.McCarthyHolthus.com

| | | | | |
|---|---|---|---|---|
| Thomas J. Holthus | CA NV NE | | CA | Doyna Dardon |
| Kevin R. McCarthy | CA | | CA | Merdaud Jafarnia |
| Paul M. Levine | AZ CA | | CA | Anna Marie Farraies |
| Matthew Silverman | AZ NM | | WA | Joni Marie Derifield |
| JaVonne M. Phillips | CA | | CA | Thomas J. Ruhrup |
| Matthew E. Podmenik | CA | | CA | Renee DeGolier |
| Matthew Cleverley | WA OR ID AK UT CO | | CA | Alyson Dudkowski |
| David C. Scott | CA | | CA | Matthew Duarte |
| Jennifer C. Wong | CA | | CA | Roshni V. Patel |
| Angela M. Michael | WA PA | | AZ | Jessica R. Kenney |
| Kristin Schuler-Hintz | CA NV | | CA | Rebecca L. Carle |
| Gayle Jameson | CA | | NV | Christopher K. Lezak |
| Seth Hartis | CA | | CA | Mishaela J. Graves |
| James Hester | CA | | CA | Charles M. Standard |
| Charles E. Bell | CA | | WA | Edgar I. Hall |
| Kelly M. Raftery | CA | | CA | Brielyn G. Sesko |
| Matthew B. Learned | CA | | CA | Rami N. Haddad |
| Andrew E. Hall | CA | | NV | Kali Fox Miller |
| Seth J. Adams | CA | | CA | Jessica L. Klickna |
| Susan Mirkarimi | CA | | CA | Ashley B. Hennessee |
| Rachel S. Opalik | CA | | CA | Michelle Ann Hoskinson |
| Melissa Robbins | CA | | CA | Christelle N. Ramseyer |
| Jessica Schroeder | CA | | OR ID | Holger Uhl |
| Kristin Zilberstein | CA | | NV | Christopher Hunter |
| Gregory Babcock | CA | | | |

August 23, 2010

Via fax only to: (480) 538-8316
Ms. Barbara J. Forde, Esq.
20247 N. 86th Street
Scottsdale, Arizona 85255-0001

RE:   Forde v. First Horizon, et al.
      CV2010-053734
      Our Client: Quality Loan Service Corporation

Dear Ms. Forde,

This law firm represents Quality Loan Service Corporation ("Quality"). You have named Quality as a Defendant in the above referenced matter.

It appears that Quality was named solely because Quality is the trustee of the Deed of Trust dated August 1, 2005 and recorded August 8, 2005. Quality should not have been named as a Defendant in this matter. I specifically refer you to A.R.S. § 33-807(E), which states that the trustee need only be joined as a party in legal actions pertaining to a breach of the trustee's obligations pursuant to A.R.S. § 33-801 et seq. Any Court order entered against the beneficiary is binding upon the trustee. Further, <u>if the trustee is joined as a party, the trustee is entitled to be immediately dismissed and to recover costs and attorney's fees.</u>

The purpose of this letter is to make you aware of this statute and request that you immediately dismiss Quality, pursuant to A.R.S. § 33-807(E). If you do not dismiss Quality, I will file a Motion to Dismiss and seek attorney's fees and costs and refer the Court to this letter at the time of my fee application.

Northwestern Office
19735 10th Avenue NE, Suite N-200
Poulsbo, WA 98370
(206) 319-9100
Facsimile (206) 780-6862

San Diego Office
1770 Fourth Avenue
San Diego, CA 92101
(619) 685-4800
Facsimile (619) 685-4810

Arizona Office
3636 North Central Avenue, Suite 1050
Phoenix, AZ 85012
(602) 230-8726
Facsimile (602) 230-9277

Ms. Ford
August 23, 2010
Page 2

If I do not receive the Rule 41 Notice of Dismissal by August 25, 2010, I will proceed as indicated. If you have any questions or comments, please feel free to contact me. I hope no further action will be necessary.

Very Truly Yours,

Paul M. Levine, Esq.

PML: cb