Paul M. Levine, Esq. (007202)
Matthew Silverman, Esq. (018919)
Jessica R. Kenney, Esq. (026615)
**MCCARTHY ◆ HOLTHUS ◆ LEVINE**
8502 E. Via de Ventura
Scottsdale, AZ 85258
Telephone:  (480) 320-4100
plevine@mhlevine.com
*Attorneys for Defendant Quality Loan Service Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BARBARA J. FORDE, a married woman dealing with her sole and separate property,<br><br>Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOAN CORPORATION, a Kansas Corporation; METLIFE HOME LOANS, a division of METLIFE BANK, NA; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for the HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIS FH05-FA8; FIRST HORIZON HOME LOANS, a division of FIRST TENNESSEE BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; JOHN AND JANE DOES 1-15, XYZ CORPORATIONS 1-15, ABC LIMITED LIABILITY COMPANIES 1-15, and 123 BANKING ASSOCIATIONS 1-15,<br><br>Defendants. | Case No. CV10-01922-PHX-MEA<br><br>**DEFENDANT QUALITY LOAN SERVICE'S CONSENT TO REMOVAL TO FEDERAL COURT & RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

1

Defendant, Quality Loan Service Corporation ("Quality"), by and through its counsel undersigned, consents to removal to Federal Court, and makes this Response in Opposition to Plaintiff's Motion to Remand.

On September 7th, 2010, undersigned counsel, as Quality's attorney of record, spoke with Christopher McNichol prior to Mr. McNichol's filing of the Notice of Removal. Undersigned counsel independently and contemporaneously consented to the removal to federal court. Mr. McNichol's averment of Quality's consent in the Notice of Removal is true and correct.

For the foregoing reasons, the Court should deny Plaintiff's Motion to Remand.

Respectfully submitted this 27th day of September, 2010.

**McCARTHY ♦ HOLTHUS ♦ LEVINE**

By: /s/ Paul M. Levine
Paul M. Levine
Matthew A. Silverman
Jessica R. Kenney
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
Attorneys for Defendant Quality

ORIGINAL of the foregoing electronically
filed with the Clerk of the Court this 27th
day of September, 2010.

COPY of the foregoing mailed this
27th day of September, 2010 to:

Barbara J. Forde
20247 N. 86th Street
Scottsdale, AZ 85255
Plaintiff Pro Se

//
//

AZ10-7174

1 | Christopher M. McNichol
2 | Gust Rosenfeld P.L.C.
3 | One East Washington Street
  | Suite 1600
  | Phoenix, AZ 85004-2553
  | Attorney for MetLife Defendants

By /s/Christina Barnes

3

AZ10-7174