Barbara J. Forde, #013220
Barbara J. Forde, P.L.C.
20247 N. 86th Street
Scottsdale, AZ  85255
bforde@cox.net
(602) 721-3177
Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| BARBARA J. FORDE, a married woman dealing with her sole and separate property, | No. CV 10-01922-PHX-MEA |
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | |
| FIRST HORIZON HOME LOAN CORPORATION, a Kansas Corporation; METLIFE HOME LOANS, a division of METLIFE BANK, NA; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for the HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FH05-FA8; FIRST HORIZON HOME LOANS, a division of FIRST TENNESSEE BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; QUALITY LOAN SERVICE, CORPORATION, a California Corporation; JOHN AND JANE DOES 1-15, XYZ CORPORATIONS 1-15; ABC LIMITED LIABILITY COMPANIES 1-15; and 123 BANKING ASSOCIATIONS 1-15, | |
| Defendants. | |

On October 18, 2010, Plaintiff filed her Reply in Support of Motion to Remand.  In error, she attached her Motion to Remand, in her filing of document No. 21.  Plaintiff immediately corrected her error and filed the actual Reply in Support of Motion to Remand at document No. 22.

Document No. 21 was filed in error.

RESPECTFULLY SUBMITTED this 18th of October, 2010.

**BARBARA J. FORDE, P.L.C.**

By:    _s/Barbara J. Forde_____
       Barbara J. Forde, Esq.
       20247 N. 86th Street
       Scottsdale, AZ  85255
       Pro Se Plaintiff

I hereby certify that on October 18, 2010, I electronically transmitted this document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Paul M. Levine
Matthew A. Silverman
Jessica R. Kenney
MCCARTHY HOLTHUS LEVINE
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ  85258
*Attorneys for Defendant Quality Loan Service Corp.*

Christopher M. McNichol
GUST ROSENFELD P.L.C.
One East Washington Street
Suite 1600
Phoenix, AZ  85004
*Attorney for Defendants First Home Loans, a*

1   *division of First Tennessee Bank National Assoc.;*
2   *MetLife Home Loans, a division of MetLife Bank,*
    *N.A.; The Bank of New York Mellon f/k/a The*
3   *Bank of New York, as Trustee for the Holders of the*
    *Certificates, First Horizon Mortgage Pass-Through*
4   *Certificates Series FH05-FA8; and Mortgage Electronic*
    *Registration Systems, Inc.*
5
6   s/ Barbara J. Forde, Esq.