| | |
|---|---|
| Barbara J. Forde, #013220 | |
| Barbara J. Forde, P.L.C. | |
| 20247 N. 86th Street | |
| Scottsdale, AZ  85255 | |
| bforde@cox.net | |
| (602) 721-3177 | |
| Pro Se Plaintiff | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| BARBARA J. FORDE, a married woman dealing with her sole and separate property, | No. CV 10-01922-PHX-MEA |
| Plaintiff, | **PLAINTIFF'S REPLY TO DEFENDANT QUALITY LOAN SERVICE'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| FIRST HORIZON HOME LOAN CORPORATION, a Kansas Corporation; METLIFE HOME LOANS, a division of METLIFE BANK, NA; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for the HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FH05-FA8; FIRST HORIZON HOME LOANS, a division of FIRST TENNESSEE BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; QUALITY LOAN SERVICE, CORPORATION, a California Corporation; JOHN AND JANE DOES 1-15, XYZ CORPORATIONS 1-15; ABC LIMITED LIABILITY COMPANIES 1-15; and 123 BANKING ASSOCIATIONS 1-15, | |
| Defendants. | |

1  Plaintiff Barbara J. Forde ("Plaintiff") hereby files her Reply to the Response in Opposition to Plaintiff's Motion to Remand, filed by Defendant Quality Loan Service ("QLS").

Plaintiff's Motion to Remand was filed on two separate grounds: (1) the failure of QLS to timely join in the removal action in writing; and (2) to remand based on abstention grounds set forth in the Motion to Remand.

QLS' Response in Opposition addresses *only* Plaintiff's argument regarding QLS' failure to join the removal in writing. Plaintiff has withdrawn her Motion to Remand with respect to QLS' failure to join the notice of removal in writing.

As QLS has failed to address Plaintiff's arguments in her Motion to Remand with respect to remand on the basis of abstention, as fully set forth in her Motion, QLS is deemed to agree with those arguments. Failure to respond to arguments raised in dispositive motions is deemed a consent to the granting of those arguments. *See, e.g., Giorgis v.Ogden*, 2009 WL 3571355 *3 (D.Ariz. 2009); *see also* L.R.Civ. 7.2(i).

Based on the foregoing, Plaintiff respectfully requests that this Court grant her Motion to Remand on the basis of abstention, as Defendant QLS has made no argument against the granting of the Motion on that basis.

RESPECTFULLY SUBMITTED this 20th day of October, 2010.


**BARBARA J. FORDE, P.L.C.**

By:   s/Barbara J. Forde_____
      Barbara J. Forde, Esq.
      20247 N. 86th Street
      Scottsdale, AZ  85255
      Pro Se Plaintiff

| | |
|---|---|
| 1 | I hereby certify that on October 20, 2010, I electronically transmitted this document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants: |
| 2 | |
| 3 | |
| 4 | |
| 5 | Paul M. Levine |
| 6 | Matthew A. Silverman<br>Jessica R. Kenney |
| 7 | MCCARTHY HOLTHUS LEVINE<br>8502 E. Via de Ventura, Suite 200 |
| 8 | Scottsdale, AZ  85258<br>*Attorneys for Defendant Quality Loan Service Corp.* |
| 9 | |
| 10 | Christopher M. McNichol<br>GUST ROSENFELD P.L.C. |
| 11 | One East Washington Street<br>Suite 1600 |
| 12 | Phoenix, AZ  85004 |
| 13 | *Attorney for Defendants First Home Loans, a division of First Tennessee Bank National Assoc.;* |
| 14 | *MetLife Home Loans, a division of MetLife Bank, N.A.; The Bank of New York Mellon f/k/a The* |
| 15 | *Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through* |
| 16 | *Certificates Series FH05-FA8; and Mortgage Electronic Registration Systems, Inc.* |
| 17 | |
| 18 | s/ Barbara J. Forde, Esq. |